IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv931-TMH |
| | ) | |
| BARBOUR COUNTY SHERIFF'S | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On December 15, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Barbour County Sheriff's Department is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The Barbour County Sheriff's Department is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against defendants Upshaw and Ingram are referred back to the Magistrate Judge for appropriate proceedings.

Done this the 9th day of January, 2009.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE